UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER BUCKENBERGER**         CIVIL ACTION

VERSUS                                NO. 06-7393

**WALTER REED - DISTRICT**            SECTION: "F"(3)
**ATTORNEY, ET AL.**

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Walter Reed, Joseph Oubre, Scott Gardner, Ernest Barrows, Robert Stamps, and John Simmons are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that plaintiff's official-capacity claim against Haywood Jarrell is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). However, it is **ORDERED** that plaintiff's individual-capacity claims be allowed to proceed for further consideration.

New Orleans, Louisiana, this 18th day of MAY, 2007.

UNITED STATES DISTRICT JUDGE