

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER BUCKENBERGER**                    **CIVIL ACTION**

**VERSUS**                                       **NO. 06-7393**

**WALTER REED - DISTRICT**                       **SECTION: "F"(3)**
**ATTORNEY, ET AL.**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for default judgment, Rec. Doc. 41, is **DENIED**.

**IT IS FURTHER ORDERED** that defendant's motion for summary judge, Rec. Doc. 86, is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's individual-capacity claims against Haywood Jarrell for false arrest and excessive force are **DISMISSED WITH PREJUDICE** to their being asserted again until the Heck conditions are met.

___Fee _____
___Process _____
_x_ Dktd _____
___CtRmDep_____
___Doc. No._____

**IT IS FURTHER ORDERED** that plaintiff's individual-capacity claim against Haywood Jarrell for failure to secure a timely probable cause determination is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of January 2008.

_____
UNITED STATES DISTRICT JUDGE