UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER BUCKENBERGER**               CIVIL ACTION

**VERSUS**                                 NO. 06-7393

**WALTER REED - DISTRICT**                 SECTION: "F"(3)
**ATTORNEY, ET AL.**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion for summary judge, Rec. Doc. 193, is **DENIED**.

New Orleans, Louisiana, this 28th day of Dec., 2010.

_____
UNITED STATES DISTRICT JUDGE