UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER BUCKENBERGER**                    **CIVIL ACTION**

**VERSUS**                                      **NO. 06-7393**

**WALTER REED - DISTRICT**                      **SECTION: "F"(3)**
**ATTORNEY, ET AL.**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's remaining claims against Haywood Jarrell and the City of Madisonville are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE