**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**CHRISTOPHER BUCKENBERGER**                          **CIVIL ACTION**

**VERSUS**                                                              **NO. 06-7393**

**WALTER REED - DISTRICT**                               **SECTION:  "F"(3)**
**ATTORNEY, ET AL.**


# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's

Report and Recommendation, hereby approves the Report and Recommendation of the United States

Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's remaining claims against Haywood Jarrell and the City of

Madisonville are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this <u>19th</u> day of <u>June</u>, 2012.


_____
**UNITED STATES DISTRICT JUDGE**